No. 77–6855. HARDWICK v. REESE. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for

further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.